# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| THOMAS VINCENT RODRIGUEZ, | NO. EDCV 18-0680-SVW(AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 19, 2018.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE